UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL S. CLOER,

          Plaintiff,

    v.

UNITED FOOD & COMMERCIAL
WORKERS INTERNATIONAL UNION,
et al.,

          Defendants.

CASE NO. C05-1526JLR

MINUTE ORDER

       The following minute order is made by the direction of the court, the Honorable James L. Robart:

       The court has received a letter from Plaintiff's counsel regarding his suspension from the practice of law until January 9, 2006, which the court will make part of the docket in this action. The letter explains that Plaintiff's counsel cannot represent his client during his suspension.

       Counsel's suspension should not impact the progress of this action. The court has no address for Plaintiff, but directs Plaintiff's counsel to provide Plaintiff with a copy of this order. Plaintiff is advised that he must either find another attorney to represent him, or must pursue this action without an attorney. If he chooses the former route, his new attorney must enter a notice of appearance promptly. If he chooses the latter route, he must provide the court with notice of his mailing address.

MINUTE ORDER - 1

The court has received Defendants' motion (Dkt. # 4) to consolidate this action with Case No. 05-1527C, an action in which Plaintiff's wife makes similar allegations against the same Defendants.  There appears to be good cause to consolidate the actions, but Plaintiff has had no opportunity to provide input.

The court therefore orders as follows:

(1) Plaintiff's counsel shall immediately provide a copy of this order and other pleadings in this action to Plaintiff.

(2) Plaintiff shall either enter a notice of appearance from a new attorney or provide this court with his mailing address within 14 days of this order.

(3) If Plaintiff or his wife oppose consolidating this action with Case No. 05-1527C, they shall notify the court of their opposition and state the reasons why the court should not consolidate these actions.  Their opposition is also due within 14 days of this order.

(4) The clerk shall renote Defendants' motion for consolidation (Dkt. # 4) to December 19, 2005.

(5) The clerk shall enter Plaintiff's counsel's November 16, 2005 letter to the court on the docket in this action.  The court construes the letter as a motion for withdrawal of counsel, which it grants without prejudice to counsel reappearing after his suspension expires.

Filed and entered this 28th day of November, 2005.

BRUCE RIFKIN, Clerk

s/Mary Duett

By
Deputy Clerk

MINUTE ORDER - 2