UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL S. CLOER and PAMELA K. CLOER,

Plaintiffs,

v.

UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION, GERALYN A. LUTTY, BRADFORD LAGO, WENDY THOMPSON and CYNTHIA E. BELL,

Defendants.

Case No. C05-1526JLR

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFFS , and on behalf of DEFENDANTS in the amount of $8,360.80  as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.   DEPOSITION COSTS | $7,692.85 | 0 | $7,692.85 |

Clerk allowed all costs incurred for depositions actually used by either party in support of or in opposition to motion for summary judgment.

| II.   PRINTING COSTS | $406.95 | 0 | $406.95 |

Costs were allowed for printing of materials submitted to court.

| III.  WITNESS FEES | $399.98 | $359.98 | $40.00 |

Expert fees are not taxable. Only statutory witness fee was allowed.

| IV. COPY COSTS | $439.72 | $263.72 | $176.00 |

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|

Copying charges associated with obtaining discovery materials are not taxable. Clerk allowed 40% of requested total. This represents clerk's estimate of materials actually submitted to court.

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| V.   DOCKET FEES | $45.00 | 0 | $45.00 |
| VI.  TRAVEL & MEDIATION | $1,109.63 | $1,109.63 | 0 |

Costs for attorney travel and payment of mediator are not taxable.

Dated this ___3rd___ day of APRIL, 2007 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2